[No. 15133-2-II. Division Two. May 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM J. STUART, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 91-1-00001-8, James B. Sawyer II, J., entered April 29, 1991. *Reversed* by unpublished per curiam opinion.

[Nos. 11006-1-III; 11170-9-III. Division Three. May 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY ROBERT ADAMS, *Appellant*.

GEORGE B. TELLEVIK, ET AL, *Respondents*, v. REAL PROPERTY LOCATED AT 202 HOCTOR ROAD, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Klickitat County, Nos. 89-1-00156-1, 89-2-00221-9, Ted Kolbaba, J., entered July 5 and September 24, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 10848-1-III. Division Three. May 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SANTIAGO BERNAL AVINA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00113-3, Albert J. Yencopal, J., entered May 18, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.